YOUNG CHO
ATTORNEY AT LAW: 189870
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA 90670-4756
562/868-5886
FAX: 562/868-5491

ATTORNEY FOR PLAINTIFF
MICHAEL P. GERLACH

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL P. GERLACH, | Case No.: 2:08-CV-02000-DAD |
| Plaintiff, | STIPULATION TO DISMISS WITHOUT PREJUDICE |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE DALE A. DROZD, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and subject to the approval of the Court, that the above-

///

///

///

1  captioned matter shall be dismissed without prejudice; each side to bear his/her
2  own costs and expenses, including but not limited to attorney's fees.

                        Respectfully submitted,

DATE: January 27, 2009      LAW OFFICES OF LAWRENCE D. ROHLFING


                          BY:    */s/ Young Cho*
                               Young Cho
                               Attorney for plaintiff MICHAEL P. GERLACH

DATE: January 27, 2009      McGREGOR W. SCOTT
                                       United States Attorney


                          By:  */s/ Odell Grooms **
                             ODELL GROOMS
                             Special Assistant United States Attorney
                             Attorneys for Defendant
                             Commissioner of Social Security
                             Michael J. Astrue
                             [By email authorization on January 27, 2009]

```
1  YOUNG CHO
   ATTORNEY AT LAW:  189870
2  LAW OFFICES OF LAWRENCE D. ROHLFING
   12631 EAST IMPERIAL HIGHWAY, SUITE C-115
3  SANTA FE SPRINGS, CALIFORNIA  90670-4756
   562/868-5886
4  FAX:  562/868-5491

5  ATTORNEY FOR PLAINTIFF
   MICHAEL P. GERLACH
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL P. GERLACH, ) | Case No.: 2:08-CV-02000-DAD |
| Plaintiff, ) | ORDER RE STIPULATION TO DISMISS |
| vs. ) | |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) | |
| Defendant. ) | |

Based upon the parties' Stipulation to Dismiss,

IT IS HEREBY ORDERED that the court dismiss the above matter without prejudice.

DATED: January 27, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/gerlach2000.dism